**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

Plaintiff, Case No. 3:14-cv-1428-J-32PDB

v.

REAL PROPERTY, INCLUDING AND
BUILDINGS APPURTENANCES, AND
IMPROVMENTS THEREON,
LOCATED AT 4866 YACHT BASIN DRIVE,
2119 PIERCE ARROW DRIVE, and 14658 FERN
HAMMOCK DRIVE, JACKSONVILLE, FLORIDA,
and RESTAURANT AND MARKET EQUIPMENT
PURCHASED for PANGEA
ISLAND MARKET AND GRILLE,

Defendants.

**STATUS REPORT**

Plaintiff, the United States of America, by and through its undersigned counsel, files this report in response to this Court's order of October 5, 2015, ordering a status report on the case on or before January 5, 2015. The United States reports as follows:

First, as previously reported, the United States has sold the defendant restaurant property and equipment as provided for in this Court's prior orders and the settlement agreement.

Second, as previously reported, the United States Department of Justice and Mamadie Touré have reached a preliminary agreement with respect to the remaining properties. The government has provided Toure's counsel with a proposed final draft, which has been taken under review. The United States and Toure's attorneys are scheduled to meet and review the

settlement terms on Thursday, January 7, 2016. The United States is hopeful that a signed agreement can be filed in the near future.

Further, the United States has reached an agreement with BridgeWell Capital, the secured creditor mortgage holder on the defendant properties 2119 Pierce Arrow Drive and 14658 Fern Hammock Drive. The United States expects to file a signed copy of this agreement with the Court within the next week.

The United States is hopeful that the respective agreements with Ms. Toure and the mortgage holder can be finalized and filed with the court within the next 60 to 90 days. The United States respectfully requests that this Court defer any discovery in this matter for an additional period of 90 days to allow for the finalization of these agreements.

Dated: January 5, 2016

RESPECTFULLY SUBMITTED,

M. KENDALL DAY, Chief

ASSET FORFEITURE AND MONEY LAUNDERING SECTION

By: /s/ Steven Parker ______________
MARY K. BUTLER
Deputy Chief
STEVEN C. PARKER
Trial Attorney
Asset Forfeiture and Money Laundering Section
U.S. Department of Justice
1400 New York Ave.
Washington, DC 20005
202-616-2529
Steve.Parker2@usdoj.gov

**CERTIFICATE OF SERVICE**

Steven Parker hereby certifies that a copy of the foregoing will be served by ECF to counsel of record.

/s/ Steven Parker _________________

Steven Parker