UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

Plaintiff,

v. Case No.: 3:14-cv-1428-TJC-PDB

REAL PROPERTY, INCLUDING
ANY BUILDINGS, APPURTENANCES,
AND IMPROVEMENTS THEREON,
LOCATED AT 4866 YACHT BASIN DRIVE,
2119 PIERCE ARROW DRIVE,
and 14658 FERN HAMMOCK DRIVE,
JACKSONVILLE, FLORIDA, and
RESTAURANT AND MARKET
EQUIPMENT PURCHASED for
PANGEA ISLAND MARKET and GRILLE,

Defendants.
_____________________________________/

**CONSENT ORDER FOR JUDGMENT OF FORFEITURE**

This matter is before the Court on the United States' Motion for Entry of Consent Judgment of Forfeiture concerning the defendant properties at 2119 Pierce Arrow Drive and 14658 Fern Hammock Drive, Jacksonville, Florida and Dismissal of defendant property 4866 Yacht Basin Drive, Jacksonville, Florida.

**WHEREAS**, the United States has filed a Verified Complaint In Rem in the above referenced action seeking to forfeit to the United States the following properties (collectively, the "Defendant Properties"):

a. The real property located at 4866 Yacht Basin Drive, Jacksonville, Florida, 32225, including all improvements thereon and appurtenances thereto, the legal description for which is as follows: Lot 6

of St. Johns Landing Estates, Unit Two, according to the plat thereof, as recorded in Plat Book 57, at Page 53, 53A, 53B, and 53C, of the Public Records of Duval County, Florida (the "Defendant Yacht Basin Property");

b. The real property located at 2119 Pierce Arrow Drive, Jacksonville, Florida, 32246, including all improvements thereon and appurtenances thereto, the legal description for which is as follows: Lot 644, Sutton Lakes Unit Ten-H, according to the map or plat thereof as recorded in Plat Book 55, pages 52, 52A, and 52B, of the public records of Duval County, Florida (the "Defendant Pierce Arrow Property");

c. The real property located at 14658 Fern Hammock Drive, Jacksonville, Florida, 32258, including all improvements thereon and appurtenances thereto, the legal description for which is as follows: Lot 290, Bartram Springs Unit 1A, a subdivision according to the plat thereof recorded at Plat Book 55, pages 81, 81A through 81R, inclusive, in the public records of Duval County, Florida (the "Defendant Fern Hammock Property") (collectively, with the Defendant Yacht Basin Property and the Defendant Pierce Arrow Property, the "Defendant Real Properties"); and

d. Approximately 100 items of restaurant and market furniture, equipment, and trade fixtures purchased by Pangea Island, LLC for the purpose of operating a market, located at 132 Everest Lane, Suite 1, St. Johns, St. Johns County, Florida, 32259, and an adjacent restaurant, located at 164 Everest Lane, Suite 5, St. Johns, St. Johns County, Florida, 32259 (the "Defendant Restaurant and Market Equipment"), listed as Attachment A to the Complaint. The restaurant and market have ceased operating;

**WHEREAS,** the Verified Complaint in Rem seeks the forfeiture of the Defendant Assets as property derived from bribes paid in Guinea in violation of U.S. and Guinean law, pursuant to 18 U.S.C. § 981(a)(1)(C), and property

involved in money laundering offenses in violation of 18 U.S.C. § 1957;

**WHEREAS**, the United States and Mamadie Touré, ("Toure") (collectively "the parties") agree that the Defendant Properties have been held by or for the benefit of Toure;

**WHEREAS**, Warrants of Arrest in Rem have issued for each of the Defendant Properties;

**WHEREAS**, Toure agrees that each of the Defendant Properties is traceable to the criminal conduct alleged in the Verified Complaint In Rem;

**WHEREAS**, the Court entered an Order for Interlocutory Sale and Judgment of Forfeiture regarding the Defendant Restaurant and Market Equipment (ECF No. 25);

**WHEREAS**, on February 1, 2016, the United States and BridgeWell Capital, LLC filed with the Court a Stipulated Settlement Agreement ("BridgeWell Capital Settlement") (ECF No. 35) concerning the defendant properties at 2119 Pierce Arrow Drive and 14658 Fern Hammock Drive, Jacksonville, Florida wherein, in accordance with the terms of the Stipulated Settlement, BridgeWell Capital, LLC consents to entry of Judgement of Forfeiture as to the defendant properties at 2119 Pierce Arrow Drive and 14658 Fern Hammock Drive, Jacksonville, Florida.

**WHEREAS**, on February 1, 2106, the United States and Mamadie Toure filed with the Court a Stipulated Settlement ("Toure Settlement") (ECF No. 36) concerning the properties at 2119 Pierce Arrow Drive, 14658 Fern Hammock

Drive, and 4866 Yacht Basin Drive, Jacksonville, Florida, wherein Mamadie Toure consents to entry of Judgement of Forfeiture as to the defendant properties at 2119 Pierce Arrow Drive and 14658 Fern Hammock Drive, Jacksonville, Florida and the United States agrees to dismiss without prejudice the defendant property at 4866 Yacht Basin Drive, Jacksonville, Florida.

**WHEREAS**, process was fully issued as to the defendant properties and no verified claim, answer or other defensive pleading remains unsettled, and the time in which to file claims has now expired.

Accordingly, upon consideration of the BridgeWell Capital Agreement and the Toure Agreement (collectively "the Agreements") and the Motion for Consent Judgment, and good cause having been shown, it is hereby

ORDERED and ADJUDGED that the BridgeWell Capital Agreement and the Toure Agreement be and are APPROVED and ADOPTED as if fully written herein. Accordingly, it is herby

ORDERED and ADJUDGED that the defendant real properties at 2119 Pierce Arrow Drive and 14658 Fern Hammock Drive, Jacksonville, Florida be and hereby are FORFEITED to the United States pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981(a)(1)(A), and that the United States Marshals' Service shall dispose of the property in accordance with the law and in accordance with the terms of the Agreements; and it is hereby

ORDERED and ADJUDGED that the defendant real property at 4866 Yacht Basin Drive, Jacksonville, Florida is dismissed without prejudice.

The Clerk will term the consent motion (Doc 38) and close the file. (TJC)

DONE and ORDERED in chambers in Jacksonville, Florida, this 4 day of April, 2016.

TIMOTHY J. CORRIGAN
UNITED STATES DISTRICT JUDGE